UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LOREN F., | Case No. 22-CV-2862 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court has received the November 13, 2023 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 16.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 16) is ACCEPTED;

2. Plaintiff's motion for summary judgment (ECF No. 11) is GRANTED in part;

3. Defendant's motion for summary judgment (ECF No. 13) is DENIED; and

4. This case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. Section 405(g), for further administrative proceedings consistent with this Report and Recommendation.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 6, 2023                              BY THE COURT:

                                                                            s/Nancy E. Brasel
                                                                            Nancy E. Brasel
                                                                            United States District Judge